CHESAPEAKE MARINE TOURS, INC., and DBA Watermark Cruises, Appellant,

v.

ALCATRAZ MEDIA, INC., Appellee.

No. 2014–1031.

United States Court of Appeals, Federal Circuit.

May 13, 2014.

H. Jay Spiegel, H. Jay Spiegel & Associates, of Mount Vernon, VA argued for appellant.

Kevin W. Grierson, Culhane Meadows, PLLC, of Williamsburg, VA argued for appellee.

WALLACH, TARANTO, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.